**Exhibit "3"**
**Notice of Dismissal**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN TRANSIT INSURANCE COMPANY,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>MEDSOURCE SOLUTIONS, INC, ET AL.,<br><br>　　　　　　　　　　　　　　Defendants. | 22-CV-5317<br>(KAM)(RER)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff American Transit Insurance Company, and its counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendants Ilya Tadchiev and Medsource Solutions, Inc.

Dated: New York, New York
　　　　October  18 , 2022

*/s/ Kiyo A. Matsumoto, USDJ*
10.18.2022

　　　　　　　　　　　　　　　　　　MORRISON MAHONEY LLP

　　　　　　　　　　　　　　　　　　By: /s/ Lee Pinzow
　　　　　　　　　　　　　　　　　　Robert A. Stern, Esq.
　　　　　　　　　　　　　　　　　　James A. McKenney, Esq.
　　　　　　　　　　　　　　　　　　Lee Pinzow, Esq.
　　　　　　　　　　　　　　　　　　Wall Street Plaza
　　　　　　　　　　　　　　　　　　88 Pine Street, Suite 1900
　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff American Transit Insurance Company*